USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -
INDUSTRIAL CARRIERS INC.

                Plaintiff,

-against-

CHANGJIIANG HUAFENG FUEL CO. LTD,
et al.

                Defendant(s).
- - - - - - - - - - - - - - - - - - -

08 Civ. 0981 (DAB)

ORDER

      On February 9, 2009, Plaintiff's Counsel filed a Motion for an Order permitting "Tisdale Law Offices to withdraw as counsel for Plaintiff ICI." Plaintiff's Counsel's Motion to Withdraw is HEREBY GRANTED. Counsel is FURTHER ORDERED to provide a copy of this Order to their client within 10 days of the date of this Order.

      Corporations, partnerships, and unincorporated associations cannot appear without legal representation. See Eagle Associates v. Bank of Montreal, 926 F.2d 1305, 1309-10 (2d Cir. 1991); Lattanzio v. COMTA, 481 F.3d 137, 139-140 (2d Cir. 2007). Therefore, a Notice of Appearance of new counsel for Plaintiff SHALL BE FILED within 60-days of the date of this ORDER. Should Plaintiffs fail to follow this ORDER, Plaintiff's suit SHALL BE DISMISSED with prejudice for Failure to Prosecute. SO ORDERED.

Dated:    New York, New York
            March 6, 2009

DEBORAH A. BATTS
United States District Judge